IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYDIA BUTTERFIELD, | : |
|         Plaintiff, | :   CIVIL ACTION |
| v. | : |
| | :   NO. 06-0603 |
| MICHAEL J. ASTRUE,<br>Commissioner of the Social Security Administration, | : |
|         Defendant. | : |

## ORDER

**AND NOW**, this *12th* day of *October*, 2010, upon consideration of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice (Docket No. 20) and Plaintiff's Objections thereto (Docket No. 21), and upon careful review of the record, it is hereby **ORDERED**, as follows:

1. Plaintiff's Objections to the Report and Recommendation are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. The matter is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation; and

4. This case shall be **CLOSED** for statistical purposes.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.