# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYDIA BUTTERFIELD, : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| v. : | |
| : | NO. 06-0603 |
| MICHAEL J. ASTRUE, : | |
| Commissioner of the Social Security : | |
| Administration, : | |
| : | |
| Defendant. : | |

## ORDER

**AND NOW**, this *4th* day of *May*, 2011, upon consideration of Plaintiff Lydia Butterfield's Motion for Attorneys Fees Under the Equal Access to Justice Act (Docket No. 26), Defendant Commissioner of Social Security's Response in Opposition (Docket 27), and Plaintiff's Reply Brief (Docket No. 28), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:


*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.